UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DERRICK ALLEN,**

    **Plaintiff,**

v.                                          Case No.  **5:23-cv-172-MCR-MJF**

**S. SANCHEZ, et al.,**

    **Defendants.**

_____/

# ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated July 28, 2023, and Supplement to Report and Recommendation dated September 6, 2023. ECF Nos. 10 and 16. Plaintiff was furnished a copy of the Report and Recommendation and the Supplement to Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, the Supplement to the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 10, and the Supplement to Report and Recommendation, ECF No. 16, are adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process.

3. All pending motions are deemed moot.

4. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 5th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**